IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __05 - CV - 02005-OES__

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 3 2005

GREGORY C. LANGHAM
CLERK

ROGER LEE YOUNG,
    Plaintiff,

v.

JOE ORTIZ, Individually and in his official capacity as the Executive Director of the
    Colorado Department of Corrections,
CARL ZENON, Individually and in his official capacity as the Warden of Arkansas
    Valley Correctional Facility,
STEVEN HARTLEY, Individually and in his official capacity as the Associate Warden of
    Arkansas Valley Correctional Facility,
EUGENE GONZALES, Individually and in his official capacity the Correctional Captain
    of Arkansas Valley Correctional Facility,
SHAWN ATKINS, Individually and in his official capacity as the Correctional Lieutenant
    of Arkansas Valley Correctional Facility,
EUBANKS, Individually and in his official capacity as the Correctional Lieutenant of
    Arkansas Valley Correctional Facility,
FELIX FERNANDEZ, Individually and in his official capacity as the Correctional
    Sergeant of Arkansas Valley Correctional Facility,
HANES, Individually and in his official capacity as the Correctional Sergeant of
    Arkansas Valley Correctional Facility,
RAEL, Individually and in his official capacity as the Correctional Sergenat [sic] of
    Arkansas Valley Correctional Facility,
MONTOYA, Individually and in his official capacity as the Correctional Sergeant of
    Arkansas Valley Correctional Facility,
KELLY MC RAE, Individually and in her official capacity as the Correctional Medical
    Supervisor of Arkansas Valley Correctional Facility,
SMOKEY KURTZ, Individually and in his official capacity as the Correctional
    Investigator of Arkansas Valley Correctional Facility, and
INSPECTOR GENERAL OFFICE, Individually and in their official capacity as the
    Colorado Department of Correction's Investigator/Investigative Team,
    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, and a Prisoner's Complaint Pursuant to 28 U.S.C. §1983. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) _X_ names in caption do not match names in caption of complaint, petition or habeas application (Roy Lee Young in the Caption of the Motion and Roger Lee Young in the Caption of the Complaint.)
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

**Complaint, Petition or Application:**
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) _X_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this  13  day of  October , 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02005 -OES

Roger Lee Young
Prisoner No. 52155
Arkansas Valley Corr. Facility
12750 Hwy. 96, Lane 13
P.O. Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on _10-13-05_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk